**NOT FOR PUBLICATION**

# In the
# United States Court of Appeals
## For the Eleventh Circuit

---

No. 25-10952

Non-Argument Calendar

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

JOSE DEL CARMEN SANCHEZ-GARCIA,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Middle District of Florida
D.C. Docket No. 8:24-cr-00481-RAL-LSG-1

---

Before JILL PRYOR, ABUDU, and ANDERSON, Circuit Judges.

PER CURIAM:

Matthew Cavender, appointed appellate counsel for Jose Del Carmen Sanchez-Garcia, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders*

*v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels motion to withdraw is **GRANTED**, and Sanchez-Garcia's convictions and sentence are **AFFIRMED**.